UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DR. MAURICIO LEON.,

              Plaintiff,

v.

IDX SYSTEMS CORP.,

              Defendant.

No. C02-2263MJP

ORDER DENYING PLAINTIFF'S MOTION FOR STAY

       The Court having jurisdiction over the subject matter and the parties and having considered the Plaintiffs' Motion for Stay of Proceedings (Dkt., No. 31), Defendant's Response and Plaintiff's Reply, as well as having considered oral argument in this matter, the Court has decided to DENY Plaintiff's Motion to Stay Proceedings.   The parties are directed to submit their Joint Status Report on October 24, 2005, as previously directed by the Court.

The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

       Dated: October 11th , 2005.

Marsha J. Pechman
United States District Judge

ORDER - 1